In the Matter of the Application of John J. Sweedler for and to Fix and Determine His Compensation as an Attorney-at-Law for Services Rendered to the Estate of William M. Fleitmann, Deceased. John J. Sweedler, Appellant; Frederick H. Fleitmann and Others, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Central Hanover Bank and Trust Company, as Trustee under Indenture Dated April 24, 1931, Made by Charlotte Doelger, Respondent, v. Benjamin Shapiro, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

Jacob Mesh, Appellant, v. Jacob Kesselman and Another, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Carlos E. Fernandez, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

James J. Hurley and Others, Appellants, v. John Molloy and Others, Respondents.— Judgment unanimously affirmed, with costs to the respondents John Molloy, William Harold MacDonald and Mary MacDonald. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

William Wood, Respondent, v. The City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Mary DeAngelo and Another, Respondents, v. Randolph Trading Corp., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Joseph L. Pascal, Respondent, v. Berman Braunstein and Forty-Six First Ave., Inc., Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

T. I. B. Corp., Appellant, v. "Sam" A. Repetto, First Name Fictitious, Party Intended Now Residing at 3130–20 Kingsbridge Avenue, New York City, True Name Being Sylvester Repetto, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

James Baldi, Appellant, v. Fifty-One Fifth Avenue Corporation, Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.